People ex rel. Blakey v Larocco (2026 NY Slip Op 00223)

People ex rel. Blakey v Larocco

2026 NY Slip Op 00223

Decided on January 15, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 15, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
LINDA CHRISTOPHER
JANICE A. TAYLOR
DONNA-MARIE E. GOLIA, JJ.

2026-00033

[*1]The People of the State of New York, ex rel. Michael Blakey, on behalf of Rashawn Marquez, petitioner,
vAnthony J. Larocco, etc., respondent.

Michael Blakey, Huntington, NY, petitioner pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Melissa Yurisak of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Rashawn Marquez upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Indictment No. 72697/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
GENOVESI, J.P., CHRISTOPHER, TAYLOR and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court